

## NUMBER 13-13-00119-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MEZA SIERRA ENTERPRISES, INC.
AND VALDEMAR MEZA,                                                    Appellants,

v.

KINGDOM FRESH PRODUCE, INC.,                                         Appellee.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

## ORDER

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This appeal was abated by this Court on August 8, 2013, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. On March 6, 2015, Meza Sierra Enterprises, Inc. ("Meza Sierra") filed a motion to reinstate this appeal on grounds that the Valdemar Meza's bankruptcy had concluded. Meza Sierra attached a copy of the bankruptcy court's order showing that Valdemar Meza's bankruptcy had been discharged.

Appellee, Kingdom Fresh Produce, Inc. ("Kingdom Fresh"), filed a response in opposition to the motion to reinstate. Kingdom Fresh asserts that Meza Sierra is not currently operating, will not resume operating, and its right to conduct business in Texas has been terminated for failure to pay franchise taxes. Kingdom Fresh further asserts that because Meza Sierra's corporate privileges have been terminated, only its principal, Valdemar Meza, could be liable for the underlying judgment because Meza Sierra no longer exists. Kingdom Fresh argues that Valdemar Meza's bankruptcy indicates that the judgment "has been discharged and is not enforceable against him." "As a result, the resolution of the appeal does not possess any practical effect on the conflict between the parties" and the appeal "should not be used as a vehicle to vindicate Appellant's view of the controversy or the applicable. Law." Kingdom Fresh thus requests that the appeal be dismissed, or alternatively, that it not be reinstated until Meza Sierra is an "ongoing concern, authorized to do business in Texas."

Kingdom Fresh's arguments do not pertain to Valdemar Meza's bankruptcy itself. Accordingly, we GRANT Meza Sierra's motion to reinstate and we REINSTATE this appeal. *See id.* Our ruling is without prejudice to the arguments made by Kingdom Fresh, and Kingdom Fresh may, if desired, raise those issues pertaining to standing and jurisdiction, by separate motion supported by appropriate argument and authority.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
14th day of April, 2015.